NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GILEAD SCIENCES, INC.,**
*Plaintiff - Appellee*

v.

**MERCK & CO., INC., MERCK SHARP AND DOHME CORP, ISIS PHARMACEUTICALS, INC.,**
*Defendants - Appellants*

---

16-2302

---

Appeal from the United States District Court for the Northern District of California in case no. 5:13-cv-04057-BLF United States District Judge Beth Labson Freeman

---

**O R D E R**

On consideration of the notice of appeal filed on July 5, 2016, a motion of the type enumerated in Fed. R. App. P. 4(a)(4) has been filed in the United States District Court for the Northern District of California rendering the notice of appeal ineffective, it is

ORDERED that the appeal be, and it hereby is, DEACTIVATED.

The appeal will be reactivated upon entry of the order disposing of the last such outstanding motion.

                              FOR THE COURT

July 7, 2016                  /s/ Peter R. Marksteiner
                              Peter R. Marksteiner
                              Clerk of Court

cc: Clerk's Office, United States District Court for the Northern District of California
Clerk of Court, Northern District of California (San Jose)
Bruce Genderson
Martina Tyreus Hufnal