NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GILEAD SCIENCES, INC.,**
*Plaintiff - Appellee*

v.

**MERCK & CO., INC., MERCK SHARP AND DOHME CORP, ISIS PHARMACEUTICALS, INC.,**
*Defendants - Appellants*

---

16-2302

---

Appeal from the United States District Court for the Northern District of California in case no. 5:13-cv-04057-BLF United States District Judge Beth Labson Freeman

---

## **O R D E R**

The order disposing of the last motion subject to Fed. R. App. P. 4(a)(4) having been filed in the United States District Court for the Northern District of California, San Jose, it is hereby,

ORDERED that the appeal be, and the same hereby is, REACTIVATED effective September 7, 2016. The appellants' brief is due on November 7, 2016.

FOR THE COURT

September 7, 2016  /s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court


cc: Clerk's Office, United States District Court for the
Northern District of California
Bruce Genderson
Martina Tyreus Hufnal